UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PEDRO ROCHA,                                    :

                                    Plaintiff,    :

            -against-                            :            26-cv-4358

SIPA PRESS, INC. and REUTERS NEWS     :
& MEDIA INC.,
                                                 :
                                    Defendants.
                                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COMPLAINT

Plaintiff Pedro Rocha ("Rocha"), by his undersigned attorneys, for his complaint against

defendants Sipa Press, Inc. ("Sipa Press") and Reuters News & Media Inc. ("Reuters") (jointly,

"Defendants"), alleges:

### Nature of the Action

1.      Rocha is bringing this action because Defendants have infringed at least 793 of

Rocha's registered copyrights in his photographs, in violation of 17 U.S.C. § 501.

### The Parties to this Action

2.      Rocha is a natural person, and citizen and resident of the nation of Portugal.

Rocha is a distinguished photographer, whose work has been published in major publications,

such as *The Wall Street Journal*.

3.      Sipa Press is a New York corporation, with its principal place of business in New

York, New York. Sipa Press is one of the leading photo-press agencies in the world, covering

world news, sports, and entertainment events, and distributing some 15,000 photographs daily to

major media outlets worldwide.  Upon information and belief, Sipa Press does business as "Sipa USA" and operates the website sipausa.com.

4.    Reuters is a Delaware corporation, with its principal place of business in New York, New York.  Upon information and belief, Reuters hosts and operates the Reuters Connect platform on Reuters' website, reutersconnect.com, which allows users to access a database of content, including photographs.

## Jurisdiction and Venue

5.    The Court has subject matter jurisdiction over Rocha's claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because that claim arises under the Copyright Act.

6.    Venue in this Court is proper under 28 U.S.C. § 1391.

7.    This Court has personal jurisdiction over Defendants pursuant to New York CPLR § 301 because, among other things, Sipa Press is a New York corporation, and Defendants have their principal places of business in New York, New York.

## Background of this Action

**A.    Rocha's Copyrights**

8.    Rocha trained at the Portuguese Institute of Photography in Oporto and the Black Camera in Bilbao, Spain.

9.    Currently, Rocha works as a freelancer, taking assignments from news agencies, magazines, and newspapers.

10.    From approximately 2011 through 2024, Rocha's work included freelance assignments for the Portuguese-based company Global Noticias – Agencia De Informacao E Imagens, S.A. ("Global Imagens").

11.    Between May 6, 2023, and August 27, 2023, Rocha created 442 photographs which Rocha has registered with the United States Copyright Office and for which he has

received from the Register of Copyrights Certificate of Copyright Registration VA-2-363-722, effective August 29, 2023 (the "'722 Registration").  A copy of the '722 Registration is attached as Exhibit A.  Thumbnails of the 442 deposits for the '722 Registration are attached as Exhibit B.

12.     Between November 2, 2023, and December 17, 2023, Rocha created 646 photographs which Rocha registered with the United States Copyright Office and for which he has received from the Register of Copyrights Certificate of Copyright Registration VA-2-403-072, effective February 28, 2024 (the "'072 Registration").  A copy of the '072 Registration is attached as Exhibit C.  Thumbnails of the 646 deposits for the '072 Registration are attached as Exhibit D.  (The copyrights that are the subject of the '722 Registration and the '072 Registration are collectively the "Rocha Registered Copyrights.")

**B.     Global Imagens' Limited License to Use Rocha's Registered Copyrights**

13.     While Rocha provided copies of the photographs that are the subject of Rocha Registered Copyrights to Global Imagens, Rocha did not transfer his rights in the Rocha Registered Copyrights to Global Imagens.

14.     While Rocha understood that Global Imagens would make the photographs that Rocha created available for a limited time to Global Imagens' end users, through Global Imagens' website, Rocha understood that, under Portuguese law, absent a legally sufficient writing to the contrary, Rocha would own the copyright in the photographs he created for Global Imagens.

15.     Pursuant to Fed. R. Civ. P. 44.1, under Portuguese law, specifically Articles 11 and 13 of the Portuguese Copyright and Related Rights Code, Rocha owned the copyright in those more than 793 photographs upon their creation because no written agreement, or other written transfer, provided that Global Imagens would own them.  Article 11, as machine translated, provides "The copyright belongs to the intellectual creator of the work, unless expressly provided otherwise."  Article 13, as machine translated, provides "Whoever subsidizes or finances in any

3

way, totally or partially, the preparation, conclusion, publication or disclosure of a work does not acquire for that fact, unless otherwise agreed in writing, any of the powers included in copyright."

16.     Pursuant to Fed R. Civ. P. 44.1, Portuguese law protected copyright owners from the unintended assignment of their copyrights.  Under Clause 8 of Article 44 of the Portuguese Copyright and Related Rights Code, Rocha had the right to avoid any assignment of these copyrights except "by public deed, identifying the work and stating the agreed price, under penalty of nullity."

**C.     Global Imagens' Unauthorized Distribution To Sipa Press**

17.     Rocha did not authorize Global Imagens to sublicense any photography database entities, including Sipa Press, to copy, publicly display, or distribute the photographs that are the subject of the Rocha Registered Copyrights.

18.     Upon information and belief, Sipa Press and Global Imagens entered into an agreement through which Global Imagens purported to license to Sipa Press a vast database of photographs (the "Global Imagens/Sipa Press Contract").

19.     Upon information and belief, the Global Imagens/Sipa Press Contract included at least some of the Rocha Registered Copyrights.

**D.     Defendants' Infringing Use of Rocha's Photographs**

20.     Upon information and belief, Sipa Press has offered for sale, through its website, licenses for, and copies of, certain of the photographs that are the subject of the Rocha Registered Copyrights, and has sold such licenses and/or copies for certain of them.

21.     Upon information and belief, Sipa Press employs individuals to review and curate its database of photographs, including certain photographs that are the subject of the Rocha

Registered Copyrights, to ensure the photographs meet certain artistic and journalistic standards, and contain subject matter that Sipa Press believes will be of value to its customers.

22. Upon information and belief, Sipa Press has purported to sell to Reuters a license for, and/or a copy of, certain of the photographs that are the subject of the Rocha Registered Copyrights.

23. Upon information and belief, Reuters employs individuals to review and curate its Reuters Connect platform, including certain photographs that are the subject of the Rocha Registered Copyrights, to ensure the content meets certain artistic and journalistic standards, and contains subject matter that Reuters believes will be of value to its customers.

24. A copy of screenshots of the Reuters Connect platform displaying 317 of the photographs that are the subject of the '722 Registration, with an attribution including "Sipa USA," is attached as Exhibit E. All 317 of the screenshots in Exhibit E are for photographs that Rocha registered in the '722 Registration within 90 days of publication.

25. A copy of screenshots of the Reuters Connect platform displaying 476 of the photographs that are the subject of the '072 Registration, with an attribution including "Sipa USA," is attached as Exhibit F. Of the 476 screenshots in Exhibit F, 40 are for photographs that Rocha registered in the '072 Registration within 90 days of publication.

26. Upon information and belief, Defendants have sold a license for at least one of the photographs that are the subject of the Rocha Registered Copyrights to other third parties, whose identities and locations are currently unknown to Rocha.

### A CLAIM FOR RELIEF
### (Copyright Infringement)

27. Rocha incorporates by reference each allegation contained in paragraphs 1 through 26 as if set forth in full.

28.    Rocha owns the Rocha Registered Copyrights.

29.    The Rocha Registered Copyrights are valid and enforceable.

30.    The '722 Registration and the '072 Registration are valid and enforceable.

31.    Upon information and belief, Defendants infringed certain of the Rocha Registered Copyrights by making, publicly displaying and/or distributing a copy of at least 793 of the photographs that are the subject of the Rocha Registered Copyrights in connection with offering to sell, on its website, a license in violation of 17 U.S.C. § 106.  At least 357 of these 793 Rocha Registered Copyrights were registered within three months of their first publication, and therefore eligible for any award of statutory damages, consistent with 17 U.S.C. § 412.

32.    Defendants' use of the photographs that are the subject of the Rocha Registered Copyrights is not a "fair use" within the meaning of 17 U.S.C. § 107 because, among other reasons, the use by Defendants (a) is for commercial purposes and (b) impairs the market for the Rocha Registered Copyrights.

33.    As a direct result of the infringement of the Rocha Registered Copyrights, Rocha is entitled, pursuant to 17 U.S.C. § 504(b), to his damages and/or Defendants' profits from the infringement.  Alternatively, at his election, Rocha is entitled to statutory damages pursuant to 17 U.S.C. § 504(c).

34.    Rocha has no adequate remedy at law for future infringements of the Rocha Registered Copyrights.  Rocha is therefore entitled to an injunction restraining Defendants from further infringing the Rocha Registered Copyrights.

WHEREFORE, Rocha demands judgment:

A.    Finding that Defendants infringed the Rocha Registered Copyrights in violation of 17 U.S.C. § 106;

B.      Enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, preliminarily and/or permanently, from infringing the Rocha Registered Copyrights, pursuant to 17 U.S.C. § 501;

C.      Awarding Rocha his damages and/or the profits of Defendants or, at his election, statutory damages, from the infringement pursuant to 17 U.S.C. § 504;

D.      Granting Rocha his costs, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

E.      Granting Rocha pre-judgment interest as allowed by law; and

F.      Granting Rocha such other and further relief as is just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Rocha hereby demands a trial by jury of all issues in this action that are so triable.

Dated: New York, New York
       May 26, 2026

DUNNEGAN & SCILEPPI LLC


By    *s/Laura Scileppi*
   William Dunnegan  (WD9316)
   wd@dunnegan.com
   Laura Scileppi (LS0114)
   ls@dunnegan.com
Attorneys for Plaintiff
   Pedro Rocha
437 Madison Avenue, 24th Floor
New York, New York 10022
(212) 332-8300

7