DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
437 MADISON AVENUE
NEW YORK, NEW YORK 10022

212-332-8300
212-332-8301 TELECOPIER

July 24, 2026

By ECF

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Rocha v. Sipa Press, Inc. and Reuters News & Media Inc.
26 Civ. 4358 (DLC)

Dear Judge Cote,

We represent plaintiff Pedro Rocha ("Rocha") in the above action. We are writing jointly with counsel for defendants Sipa Press, Inc. and Reuters News & Media Inc. ("Defendants") to respectfully request an adjournment of the initial pretrial conference, currently scheduled for July 30, 2026, at 2:30 p.m. (Dkt. 9), for two reasons.

First, Defendants' responses to the complaint are due August 4, 2026. (Dkts. 10, 11) After conferring, the parties believe that the initial pretrial conference would be more productive after Defendants have responded to the complaint.

Second, the parties believe that an adjournment would be beneficial based on the recent reassignment of the case *Santos v. Sipa Press, Inc. and Reuters News & Media Inc.*, 26 Civ. 4954 to Your Honor, to allow the Court to address both *Rocha* and *Santos* in lockstep, at least for the initial portion of the cases. Defendants' responses are due in *Santos* on August 17, 2026. (Dkts. 12, 13)

Counsel for the parties have conferred, and are available on the following alternative dates, at any time of day:

September 4, 2026
September 11, 2026
September 25, 2026

The conference is adjourned to September 4 at 10:00 am.

Denise Cote
7/24/26

There has been no prior request for the adjournment of the initial pretrial conference.

Respectfully yours,

*s/Laura Scileppi*
Laura Scileppi

Cc: Nancy E. Wolff, Esq. and Leo M. Lichtman, counsel for Defendants (by ECF)